*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA C. MEDINA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE; FEDERAL NATIONAL MORTGAGE ASSOCIATION, AKA FANNIE MAE; and; DOES 1 through 20,<br><br>Defendants. | Case No. EDCV 11-1643-GW(OPx)<br><br>**ORDER RE: DISMISSAL**<br><br>Complaint Removed: October 17, 2011<br>FAC Filed: December 29, 2011 |

The Court has considered the joint stipulation between Defendants SunTrust Mortgage, Inc., Federal National Mortgage Association, and plaintiff Rosaura Medina.

The Court grants the joint stipulation and the action is hereby dismissed with prejudice.

Dated: April 3, 2012          By: *George H. Wu*

GEORGE H. WU, U.S. District Judge

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342